FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**JS - 6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DAVID VALENZUELA,<br>Petitioner,<br><br>v.<br>D. B. LONG, Warden,<br>Respondent. | Case No.  EDCV 12-00420 JST (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 10, 2012

_Josephine Tucker_

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY