FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY s h y                         DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID VALENZUELA, | Case No.  EDCV 12-00420 JST (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| D. B. LONG, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 10, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  s h y              DEPUTY